UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Blanca Alcantar,

                    Plaintiff(s),                          08 Civ. 4186 (KMK) (GAY)

      -against-                                            ORDER OF REFERENCE
                                                           TO A MAGISTRATE JUDGE
Michael Astrue
Commissioner of Social Security,

                    Defendant(s).

_____X

The above entitled action is referred to the Honorable George A. Yanthis, United States
Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | _____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | _____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | _____ Habeas Corpus  ✓ Social Security |
| _____ Settlement* | _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ Inquest After Default/Damages Hearing | |

Particular Motion:_____
_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: June 13, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____