

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BLANCA ALCANTAR,

                      Petitioner,                   **ORDER**

    -against-                          08 Civ. 4186 (KMK)(GAY)

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                      Respondent.

------------------------------------------------------------------x

    Counsel are to confer upon receipt of this Order and provide the Court with a proposed schedule for judgment on the pleadings, or other relief in this matter. Said proposed schedule shall be submitted to the Court no later than June 26, 2008.

                                        SO ORDERED:

Dated: June 16, 2008
White Plains, New York

                                        GEORGE A. YANTHIS, U.S.M.J.