

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

June 24, 2008



By Hand

Hon. George A. Yanthis
United States District Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, NY 10601-4150

    Re:    Blanca Alcantar v. Commissioner of Social Security
           No. 08 Civ. 4186 (KMK) (GAY)

Dear Judge Yanthis:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. This Office has received the transcript of the administrative record, but I have not had the opportunity to review the record. Therefore, with the consent of plaintiff, defendant respectfully requests an extension of sixty days from July 11, 2008, until September 10, 2008, to respond to the complaint.

    In addition, in accordance with the Court's June 16, 2008 Order, the parties have conferred and propose the following briefing schedule in this matter.

    Subject to the Court's approval, plaintiff will move for judgment on the pleadings by October 10, 2008. Defendant will file his cross-motion and opposition by November 10, 2008. Plaintiff will file his opposition and reply, if any, by November 24, 2008. Defendant will file his reply by December 8, 2008.

Granted.

SO ORDERED: _____
Hon. George A. Yanthis
United States Magistrate Judge.

6/26/08